IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60570

Summary Calendar
_____

JIM BRADSHAW,

Plaintiff-Appellant,

versus

WILLIE ED THOMPSON, Individually
and in his official capacity as
Deputy Sheriff of Benton County,
Mississippi; DANNY JOE SMITH,
individually and in his official
capacity as Deputy Sheriff of Benton
County, Mississippi; ALBERT ARNOLD
McMULLEN, individually and in his
official capacity as Sheriff of Benton
County, Mississippi,

Defendants-Appellees.

_____

Appeal from the United States District Court
For the Northern District of Mississippi
(3:96-CV-9-B-A)
_____

January 15, 1997

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Jim Bradshaw appeals the district court's dismissal of his

complaint under Fed. R. Civ. P. 12(b)(1).  The district court found

---

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

that Bradshaw had released his right to pursue civil claims against the appellees in exchange for the dismissal of criminal charges against him.  Bradshaw claims that the district court erred in failing to apply the Supreme Court's analysis in <u>Newton v. Rumery</u>, 480 U.S. 386 (1987), to assess the validity of the release-dismissal agreement.  We affirm for essentially the reasons stated by the district court.

AFFIRMED.